DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |  |
|---|---|---|
| GREAT BAY CONDOMINIUM OWNERS ASSOCIATION, INC; TIMOTHY O'BRIEN; and KEITH CHEATHAM, | ) ) ) ) ) | Civil No. 2017-33 |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| GOVERNMENT OF THE VIRGIN ISLANDS and MARVIN L. PICKERING, DIRECTOR OF THE BUREAU OF INTERNAL REVENUE, in his official capacity | ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

ATTORNEYS:

**Mark Wilczynski**
Law Office of Wilczynski & Garten, P.C.
St. Thomas, V.I.
 *For the plaintiffs.*

**Claude E. Walker, Attorney General**
**Carol Thomas-Jacobs, Assistant Attorney General**
Virgin Islands Department of Justice
St. Thomas, V.I.
 *For the defendants.*

## ORDER

**GÓMEZ, J.**

Before the Court is the complaint filed by Great Bay Condominium Owners Association, Inc., Timothy O'Brien, and Keith Cheatham.

For the reasons more fully stated in the Memorandum Opinion of even date, it is hereby

**ORDERED** that Count One, Count Two, Count Three, and Count Six of Great Bay's complaint insofar as those counts challenge 33 V.I.C. § 2301 are **DISMISSED**; it is further

**ORDERED** that Count Five of Great Bay's complaint is **DISMISSED**; it is further

**ORDERED** that the Government's motion for an extension of time (ECF No. 100) to file an opposition to Great Bay's brief is **GRANTED** *nunc pro tunc* to May 9, 2018; and it is further

**ORDERED** that Great Bay's motion for leave to file a supplemental brief (ECF No. 102) is **GRANTED.**

S\_____
**Curtis V. Gómez
District Judge**